IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA

VS.

**KIERA KEANN COOKSEY**

NO.   7:19-CR-00003-002  (WLS)

## ORDER TO AMEND RELEASE CONDITION

On June 25, 2020, the Court entered an Order setting conditions of Defendant's release. (Doc. 80). That order placed the defendant with a third-party custodian, her aunt Angela Lovejoy. For good and sufficient cause shown to the Court, it is ordered that Angela Lovejoy be removed as a third-party custodian. The remainder of that Order continues in full force and effect, with the addition of the following condition:

The defendant is placed in the custody of Taryn McCoy, of 6746 Georgia Highway 202, Thomasville, Georgia, who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody

SO ORDERED, this ___9th___ day of ___August, 2021___.

W. LOUIS SANDS
SENIOR U.S. DISTRICT JUDGE